#14

8319

| CUSTOMER'S ORDER NO. | DEPT. | DATE 3-14-06 |

NAME: US Attorney's Office
ADDRESS: Jim Filan

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | Received Real Estate | | |
| 3 | Bond Package | | |
| 4 | | | |
| 5 | USA v Szeto | | |
| 6 | 3:06 cr 55 (PCD) | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | Janet Burrell | | |
| 11 | USDC Bpt. | | |
| 12 | | | |
| 13 | | | |
| 14 | Sent to | | |
| 15 | | | |
| 16 | C Sciarrino | | |
| 17 | on 9/8/11 | | |
| 18 | | | |

REC'D BY

KEEP THIS SLIP FOR REFERENCE