UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | 3:06cr55 (PCD) |
| v. | : | VIOLATION: TITLE 18, UNITED |
| | : | STATES CODE, § 2252A(a)(5) |
| SONNY I. SZETO | : | [Possession of Child |
| | : | Pornography] |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about March 13, 2006, in the Eastern District of New York, SONNY I. SZETO, the defendant herein, did knowingly possess material containing images of child pornography as defined at Title 18, United States Code, § 2256(8), to wit, a computer and compact disks, which images had been transported in interstate or foreign commerce or which had been produced with materials that had been transported in interstate or foreign commerce, in violation of Title 18, United States Code, § 2252A(a)(5).

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY