UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 AUG 10 P 1: 01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | DOCKET NO. 3:06-cr-0055-JCH |
| ) | |
| SONNY I. SZETO ) | |

## MOTION FOR RETURN OF BOND

I, David Szeto, father of Defendant Sonny I. Szeto, hereby move this Court for a return of the Appearance Bond (Doc. No. 17) and a declaration that its provisions are void, where the defendant's direct and collateral appeals have been exhausted and where the defendant is currently serving his prison sentence with a projected release date of April 29, 2019. I rely upon the following:

1. Pending the within criminal proceedings against him, members of the defendant's family, Sui Chin Tam (my wife and the defendant's mother), David Szeto (my son and the defendant's brother) and I, executed a bond for the defendant's appearance to be secured by all equity in the family home. [Doc. No. 17].

2. I understand that the docket indicates entry of the United States Marshal's Return of Service on Judgment executed as to Sonny I. Szeto on May 3, 2007. [Doc. No. 68].

3. I understand that the Mandate of the United States Court of Appeals for the Second Circuit affirmed Judgment on October 17, 2008. [Doc. No. 74].

4. On September 14, 2009, the defendant filed a motion to vacate his sentence, pursuant to 28 U.S.C. §2255. After the denial of same, the Mandate of the Court of Appeals dismissed the defendant's notice of appeal. 09-cv-1443-JCH (Doc. No. 34). On February 28,

2011, the Supreme Court of the United States denied Szeto's petition for *certiorari*, effectively foreclosing any and all relief from the Court's Judgment in this case.

5. I understand that the defendant's projected release from the custody of the Bureau of Prisons is currently April 29, 2019.

6. As a result, the Appearance Bond is no longer necessary to secure the defendant's presence in this Court. Nonetheless, our family home remains encumbered by the Appearance Bond.

7. Therefore, I respectfully request a return of the Appearance Bond and a declaration that its provisions are void.

**WHEREFORE**, I respectfully request that this Court GRANT the within motion, RETURN the Appearance Bond (Doc. No. 17) and DECLARE its provisions VOID.

David Szeto
26 Brinton Drive
Nashua, NH 03064

Dated: August 8, 2011