**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL CASE NO. |
| Plaintiff, | : | 3:06-CR-00055 (JCH) |
| | : | |
| v. | : | |
| | : | |
| SONNY I. SZETO, | : | FEBRUARY 14, 2013 |
| Defendant. | : | |

## ORDER TO SHOW CAUSE

On February 13, 2013, defendant Sonny Szeto filed a Motion Pursuant to

Federal Rule of Civil Procedure 60(b) (Doc. No. 91). Plaintiff is hereby ORDERED to

show cause as to why the relief prayed for in defendant's Motion should not be granted.

The Court further ORDERS that service by the Clerk of this Order, together with a copy

of the Motion, be made on respondent's representative, Christine L. Sciarrino, via e-mail

at Christine.Sciarrino@usdoj.gov, on or before **MARCH 7, 2013**. Respondent shall file

its response on or before **APRIL 12, 2013**.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 14th day of February, 2013.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge