UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | NO. 3:06-CR-00055 (JCH) |
| SONNY SZETO | : | May 5, 2019 |

## **SUPPLEMENTAL MEMORANDUM RE ADDITIONAL AUTHORITY**

In preparing for the hearing scheduled for May 6, 2019, undersigned counsel located a Second Circuit case that is adverse to one of the arguments made in her May 3, 2019 memorandum (Doc. #98). Counsel was not previously aware of this case and therefore did not include it in her memorandum. Counsel submits this short supplemental memorandum to notify the Court of the adverse authority.

Counsel argued that proposed additional condition #6 (in particular the language "any other place where children under the age of 18 are known to congregate") was unconstitutionally vague. See Doc. #98 at 8–9. In *United States v. MacMillen*, 544 F.3d 71 (2d Cir. 2008), the Second Circuit upheld a condition that similarly prohibited a defendant from "any areas or locations where children are likely to congregate," and found that condition to be neither unconstitutionally overbroad nor unconstitutionally vague. *Id*. at 74–76. The condition in *MacMillen* differed slightly from the condition at issue here, however, in that it provided for exceptions if "prior approval has been obtained from the probation office." *Id*. at 74.

Respectfully Submitted,

THE DEFENDANT,
Sonny Szeto

FEDERAL DEFENDER OFFICE

Date: May 05, 2019             /s/ Carly Levenson
                               Carly Levenson
                               Assistant Federal Defender
                               265 Church Street, Suite 702
                               New Haven, CT 06510
                               Phone: (203) 498-4200
                               Bar No.: pvh09665
                               Email: carly_levenson@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 05, 2019, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Carly Levenson
                                          Carly Levenson