# U.S. District Court
# District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: <u>3:06−cr−00055−JCH−1</u>

Case title: USA v. Szeto
Magistrate judge case number: 3:06−mj−00044−WIG *SEALED*

Date Filed: 03/07/2006
Date Terminated: 03/12/2007

Assigned to: Judge Janet C. Hall

**Defendant (1)**

**Sonny I. Szeto**     represented by     **Sonny I. Szeto**
*TERMINATED: 03/12/2007*                                          16365−014
                                                                                       FCC Allenwood
P.O. Box 2000
White Deer, PA 17887
PRO SE

**Deirdre A. Murray**
Federal Public Defender's Office − Htfd
10 Columbus Blvd.
6th Floor
Hartford, CT 06106−1976
860−493−6260
Fax: 860−493−6269
Email: deirdre_murray@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Roger Lee Stavis**
Gallet Dreyer & Berkey LLP
845 Third Ave., 8th Fl.
New York, NY 10022−6601
212−935−3131
Fax: 212−935−4514
Email: rls@gdblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Carly Levenson**
Federal Defender's Office
265 Church Street
Suite 702
New Haven, CT 06510

203−498−4200
Email: carly_levenson@fd.org
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| COERCION OR ENTICEMENT OF FEMALE<br>(1) | Defendant pleaded to Count 1. Defendant to be imprisoned for a total of 168 months on count 1 of the Indictment; 120 months on count 1 of the Information. Count One of the information to run concurrent with the sentence imposed on count 1 of the Indictment. Upon release from imprisonment, the defendant shall be on supervised release of a total term of: Life term on supervised release on count 1 of the information; Life term of supervised release on count 1 of the Indictment. Defendant shall immediately pay $100.00 on each count, for a total of $200.00 |
| ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO; Possession of Child Pornography<br>(1s) | Defendant pleaded to Count 1. Defendant to be imprisoned for a total of 168 months on count 1 of the Indictment; 120 months on count 1 of the Information. Count One of the information to run concurrent with the sentence imposed on count 1 of the Indictment. Upon release from imprisonment, the defendant shall be on supervised release of a total term of: Life term on supervised release on count 1 of the information; Life term of supervised release on count 1 of the Indictment. Defendant shall immediately pay $100.00 on each count, for a total of $200.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| COERCION OR ENTICEMENT OF MINOR FEMALE<br>(2) | Count 2 dismissed on motion of the United States. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:2422.F | |

**Movant**

**David Szeto**

---

**Plaintiff**

**USA**      represented by    **Christine L. Sciarrino**
U.S. Attorney's Office−NH
157 Church St., 25th Floor
New Haven, CT 06510
203−821−3780
Fax: 203−773−5373
Email: Christine.Sciarrino@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James K. Filan , Jr.**
Filan LLC
315 Post Road West
Westport, CT 06880
203−557−9159
Fax: 203−341−8560
Email: jfilan@jamesfilan.com
*TERMINATED: 10/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H. Durham**
U.S. Attorney's Office−NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203−821−3700
Email: john.durham@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren C Clark**
DOJ−USAO
District of Connecticut
1000 Lafayette Boulevard
Ste 10th Floor
Bridgeport, CT 06604
203−696−3019
Email: lauren.clark@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2006 | 16 | |

| | | |
|---|---|---|
| | | ORDER Setting Conditions of Release as to Sonny I. Szeto . Signed by Judge William I. Garfinkel on 3/1/06. (Barrille, J.) (Entered: 03/17/2006) |
| 03/07/2006 | 12 | INDICTMENT returned before William I. Garfinkel. Returned before grand jury number B−05−2 Bridgeport Rotation, Detainer to issue, as to Sonny I. Szeto (1) count(s) 1, 2. (S−Barrille, J.) Modified on 3/9/2006 (S−Barrille, J.). Modified on 3/9/2006 (S−Barrille, J.). (Entered: 03/09/2006) |
| 03/07/2006 | 13 | ORDER OF ELECTRONIC FILING as to Sonny I. Szeto . Signed by Judge Peter C. Dorsey on 3/7/06. (S−Barrille, J.) Modified on 3/9/2006 (S−Barrille, J.). (Entered: 03/09/2006) |
| 03/13/2006 | 15 | Minute Entry for proceedings held before Judge William I. Garfinkel :Arraignment held on 3/13/2006, Bond Hearing held on 3/13/2006, Plea entered by Sonny I. Szeto (1) Not Guilty Counts 1,2. Defendant's motions due 3/27/06; government's responses due 4/7/06; jury selection date to be determined. Total 15 minutes(Court Reporter Corriette.) (Barrille, J.) (Entered: 03/17/2006) |
| 03/13/2006 | 17 | Surety Bond Entered as to Sonny I. Szeto in amount of $ 600,000, Receipt # 8319. (Barrille, J.) (Entered: 03/17/2006) |
| 03/14/2006 | 14 | Real Property Bond Package Bond Entered as to Sonny I. Szeto in amount of $ 600,000 Receipt # 8319. (Barrille, J.) (Barrille, J.). (Entered: 03/14/2006) |
| 03/17/2006 | | SET SCHEDULING ORDER DEADLINES as to Sonny I. Szeto Jury Selection set for 4/24/2006 09:00AM before Judge Peter C. Dorsey. (Barrille, J.) (Entered: 03/17/2006) |
| 04/03/2006 | 18 | ATTORNEY APPEARANCE: Roger Lee Stavis appearing for Sonny I. Szeto (Jefferson, V.) (Entered: 04/04/2006) |
| 04/10/2006 | 19 | NOTICE OF E−FILED JURY SELECTION CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 4/24/2006 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 04/10/2006) |
| 04/17/2006 | 20 | MOTION to Continue *Jury Selection with Speedy Trial Waiver* by Sonny I. Szeto. (Stavis, Roger) (Entered: 04/17/2006) |
| 04/17/2006 | 21 | WAIVER of Speedy Trial by Sonny I. Szeto (Moore, P.) (Entered: 04/18/2006) |
| 04/19/2006 | 22 | ELECTRONIC ORDER granting 20 Motion to Continue Jury Selection as to Sonny I. Szeto (1). Jury Selection is hereby continued to either the end of May or beginning of June, 2006.. Signed by Judge Peter C. Dorsey on 4/19/06. (Villano, P.) (Entered: 04/19/2006) |
| 04/19/2006 | 23 | ELECTRONIC ORDER TO CONTINUE – Ends of Justice as to Sonny I. Szeto re 21 Waiver of Speedy Trial Time excluded from 4/24/06 until 6/9/06 . Signed by Judge Peter C. Dorsey on 4/19/06. (Villano, P.) (Entered: 04/19/2006) |
| 05/05/2006 | 24 | NOTICE OF E−FILED JURY SELECTION CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 6/1/2006 09:00 AM in Courtroom One, |

| | | |
|---|---|---|
| | | 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 05/05/2006) |
| 05/17/2006 | 25 | Second MOTION to Continue *Jury Selection* by Sonny I. Szeto. (Stavis, Roger) (Entered: 05/17/2006) |
| 05/17/2006 | 26 | WAIVER of Speedy Trial by Sonny I. Szeto (Stavis, Roger) (Entered: 05/17/2006) |
| 05/19/2006 | 27 | NOTICE OF E–FILED AMENDED JURY SELECTION CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 6/1/2006 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 05/19/2006) |
| 05/25/2006 | 28 | NOTICE OF E–FILED AMENDED JURY SELECTION CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for Thursday, 6/1/2006, at 9:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Miller, K.) (Entered: 05/25/2006) |
| 05/26/2006 | 29 | NOTICE OF E–FILED CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pretrial Conference set for Wednesday, 5/31/2006, at 3:00 PM in Chambers Room 107, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Miller, K.) (Entered: 05/26/2006) |
| 06/07/2006 | 30 | ELECTRONIC ORDER granting 25 Motion to Continue Jury Selection as to Sonny I. Szeto (1). Signed by Judge Peter C. Dorsey on 6/7/06. (Villano, P.) (Entered: 06/07/2006) |
| 06/26/2006 | 31 | INFORMATION as to Sonny I. Szeto (1) count(s) 1s. (Villano, P.) (Entered: 06/28/2006) |
| 06/26/2006 | 32 | WAIVER OF INDICTMENT by Sonny I. Szeto (Villano, P.) (Entered: 06/28/2006) |
| 06/26/2006 | 33 | PLEA AGREEMENT as to Sonny I. Szeto (Villano, P.) (Entered: 06/28/2006) |
| 06/26/2006 | 34 | Minute Entry for proceedings held before Judge Peter C. Dorsey :Change of Plea Hearing as to Sonny I. Szeto held on 6/26/2006, Plea entered by Sonny I. Szeto (1) Guilty Count 1 of the Indictment, and Guilty Count1 of the Information. Sentencing set for 9/13/2006 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. Total Time: 1 hours and 20 minutes(Court Reporter Falcone, ECRO.) (Villano, P.) (Entered: 06/28/2006) |
| 06/26/2006 | 36 | ORDER Amending Order Setting Conditions of Release as to Sonny I. Szeto . Signed by Judge Peter C. Dorsey on 6/26/06. (Villano, P.) (Entered: 06/28/2006) |
| 06/28/2006 | 35 | NOTICE OF E–FILED SENTENCING CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 9/13/2006 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 06/28/2006) |

| 08/02/2006 | 37 | MOTION to Continue *Sentencing* by Sonny I. Szeto. (Stavis, Roger) (Entered: 08/02/2006) |
|---|---|---|
| 08/02/2006 | 38 | WAIVER of Speedy Trial by Sonny I. Szeto (Stavis, Roger) (Entered: 08/02/2006) |
| 08/16/2006 | 39 | ELECTRONIC ORDER granting 37 Motion to Continue Sentencing as to Sonny I. Szeto (1). Signed by Judge Peter C. Dorsey on 8/16/06. (Villano, P.) (Entered: 08/16/2006) |
| 08/16/2006 | 40 | NOTICE OF E–FILED AMENDED SENTENCING CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 12/1/2006 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 08/16/2006) |
| 08/16/2006 | 41 | ELECTRONIC ORDER TO CONTINUE – Ends of Justice as to Sonny I. Szeto re 38 Waiver of Speedy Trial Time excluded from 9/13/06 until 12/1/06 . Signed by Judge Peter C. Dorsey on 8/16/06. (Villano, P.) (Entered: 08/16/2006) |
| 09/07/2006 | 42 | USM Return of Service on warrant executed as to Sonny I. Szeto on 3/13/06 (Villano, P.) (Entered: 09/19/2006) |
| 11/21/2006 | 43 | Second MOTION to Continue *Sentencing* by Sonny I. Szeto. (Stavis, Roger) (Entered: 11/21/2006) |
| 11/21/2006 | 44 | WAIVER of Speedy Trial by Sonny I. Szeto (Stavis, Roger) (Entered: 11/21/2006) |
| 11/29/2006 | 45 | ELECTRONIC ORDER granting 43 Motion to Continue Sentencing as to Sonny I. Szeto (1). Sentencing is rescheduled to Monday, 1/29/07, at 9:00 a.m. Signed by Judge Peter C. Dorsey on 11/29/06. (Miller, K.) (Entered: 11/29/2006) |
| 11/30/2006 | 46 | NOTICE OF E–FILED AMENDED SENTENCING CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 1/29/2007 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 11/30/2006) |
| 11/30/2006 | 47 | ELECTRONIC ORDER TO CONTINUE – Ends of Justice as to Sonny I. Szeto re 44 Waiver of Speedy Trial Time excluded from 11/16/06 until 2/1/07 . Signed by Judge Peter C. Dorsey on 11/30/06. (Villano, P.) (Entered: 11/30/2006) |
| 12/04/2006 | 48 | ELECTRONIC ORDER finding as moot 7 Motion for Pretrial Detention as to Sonny I. Szeto (1). Signed by Judge Peter C. Dorsey on 12/4/06. (S–Villano, P.) (Entered: 12/04/2006) |
| 01/19/2007 | 49 | ORDER OF TRANSFER in case as to Sonny I. Szeto; Case reassigned to Judge Janet C. Hall for all further proceedings. Signed by Judge Peter C. Dorsey on 1/18/07. (Inferrera, L.) (Entered: 01/26/2007) |
| 01/29/2007 | 50 | NOTICE OF E–FILED CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 2/7/2007 02:30 PM in Chambers Room 417, 915 Lafayette Blvd., Bridgeport, CT before Judge Janet C. Hall. Counsel are requested to participate in this conference, via telephone. This conference call is to be arranged between counsel. |

| | | |
|---|---|---|
| | | Once all parties are on the line, please telephone chambers at (203) 579–5554.(DeRubeis, B.) (Entered: 01/29/2007) |
| 01/30/2007 | 51 | NOTICE OF E–FILED CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 2/12/2007 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Janet C. Hall. (Klein, V.) (Entered: 01/30/2007) |
| 02/07/2007 | 52 | NOTICE OF E–FILED CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing rescheduled for 3/6/2007 03:45 PM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Janet C. Hall. (DeRubeis, B.) (Entered: 02/07/2007) |
| 02/07/2007 | 53 | Minute Entry for proceedings held before Judge Janet C. Hall :Telephone Status Conference as to Sonny I. Szeto held on 2/7/2007 15 minutes(Court Reporter Terri Fidanza.)(Klein, V.) (Entered: 02/08/2007) |
| 03/06/2007 | 58 | ORAL MOTION for Acceptance of Responsibility by USA as to Sonny I. Szeto. (Klein, V.) (Entered: 03/08/2007) |
| 03/06/2007 | 59 | Minute Entry for proceedings held before Judge Janet C. Hall : granting 58 Motion for Acceptance of Responsibility as to Sonny I. Szeto (1); Sentencing as to Sonny I. Szeto held on 3/6/2007. Total Time: 2 hours and 02 minutes(Court Reporter Terri Fidanza.) (Klein, V.) (Entered: 03/08/2007) |
| 03/06/2007 | 62 | NOTICE OF APPEAL by Sonny I. Szeto re 61 Judgment, Filing fee $ 455, receipt number B013793. (Barrille, J.) (Entered: 03/21/2007) |
| 03/12/2007 | 61 | JUDGMENT as to Sonny I. Szeto (1), Count(s) 1, 1s, Defendant pleaded to Count 1. Defendant to be imprisoned for a total of 168 months on count 1 of the Indictment; 120 months on count 1 of the Information. Count One of the information to run concurrent with the sentence imposed on count 1 of the Indictment. Upon release from imprisonment, the defendant shall be on supervised release of a total term of: Life term on supervised release on count 1 of the information; Life term of supervised release on count 1 of the Indictment. Defendant shall immediately pay $100.00 on each count, for a total of $200.00. Signed by Judge Janet C. Hall on 3/12/07. (Gutierrez, Y.) (Entered: 03/20/2007) |
| 03/13/2007 | 60 | TRANSCRIPT of Proceedings Waiver of Indictment/Guilty Plea, as to Sonny I. Szeto held on 6/26/06 before Judge Dorsey. Court Reporter: Bowles Reporting Service, Stephen C. Bowles. (Torrenti, R.) (Entered: 03/13/2007) |
| 03/20/2007 | 63 | MOTION to Dismiss Count 2 of the Indictment by USA as to Sonny I. Szeto. (Gutierrez, Y.) (Entered: 03/23/2007) |
| 03/23/2007 | 64 | ORDER granting 63 Motion to Dismiss as to Sonny I. Szeto (1). SO ORDERED by Judge Janet C. Hall on 3/23/07. (Klein, V.) (Entered: 03/23/2007) |
| 03/23/2007 | | DISMISSAL OF COUNT 2 of Indictment as to Sonny I. Szeto. (S–Gutierrez, Y.) (Entered: 03/26/2007) |
| 04/02/2007 | 65 | USCA Scheduling Order as to Sonny I. Szeto re 62 Notice of Appeal – Final Judgment USCA Number: 07–1161–cr (Gutierrez, Y.) (Entered: 04/10/2007) |

| 04/10/2007 | | Passport # 102842974 as to Sonny I. Szeto sent by certified mail to U.S. Department of State. (Cody, C.) (Entered: 04/10/2007) |
|---|---|---|
| 04/27/2007 | 69 | Acknowledgement of Receipt by State Department as to Sonny I. Szeto re Passport Returned (Barrille, J.) (Entered: 08/16/2007) |
| 05/18/2007 | 67 | INDEX TO RECORD ON APPEAL by Sonny I. Szeto re 62 Notice of Appeal – Final Judgment, 46 Calendar Entry, 12 Indictment, 64 Order on Motion to Dismiss, 52 Calendar Entry, 32 Waiver of Indictment, 61 Judgment,, 15 Arraignment,, Bond Hearing,, Plea Entered,, Set Deadlines/Hearings, 48 Order on Motion for Pretrial Detention, 31 Information – Felony, 14 Bond, 29 Calendar Entry, 37 MOTION to Continue *Sentencing*, 20 MOTION to Continue *Jury Selection with Speedy Trial Waiver*, 57 Sealed Document, 60 Transcript, Docket Annotation, 47 Order to Continue – Ends of Justice, 39 Order on Motion to Continue, 35 Calendar Entry, 59 Order on Motion for Acceptance of Responsibility,, Sentencing, 18 Attorney Appearance – Defendant, 22 Order on Motion to Continue, 38 Waiver of Speedy Trial, 25 Second MOTION to Continue *Jury Selection*, 13 Order, 36 Order, 33 Plea Agreement, 65 USCA Scheduling Order, 30 Order on Motion to Continue, 63 MOTION to Dismiss, 27 Calendar Entry, 41 Order to Continue – Ends of Justice, 44 Waiver of Speedy Trial, 28 Calendar Entry, 55 SEALED MOTION – Filed separately from case, 51 Calendar Entry, 58 MOTION for Acceptance of Responsibility, 26 Waiver of Speedy Trial, 42 USM Return Executed, 16 Order Setting Conditions of Release, 19 Calendar Entry, 34 Change of Plea Hearing,, Plea Entered,, Set Deadlines/Hearings, 56 Order on Sealed Motion, 21 Waiver of Speedy Trial, 53 Status Conference, 43 Second MOTION to Continue *Sentencing*, 40 Calendar Entry, 17 Bond, 23 Order to Continue – Ends of Justice, 54 Sentencing Memorandum, 50 Calendar Entry, 49 Order of Transfer, 45 Order on Motion to Continue, 24 Calendar Entry,.For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Gutierrez, Y.) (Entered: 05/23/2007) |
| 06/05/2007 | 68 | USM Return of Service on Judgment executed as to Sonny I. Szeto on 5/3/07 (Gutierrez, Y.) (Entered: 06/13/2007) |
| 03/03/2008 | 70 | MOTION for Extension of Time to file a 2255 Petition by Sonny I. Szeto. (Gutierrez, Y.) (Entered: 03/04/2008) |
| 03/03/2008 | 71 | ORDER denying 70 Motion for Extension of Time to file a 2255 Petition as to Sonny I. Szeto (1). Signed by Judge Janet C. Hall on 3/3/08. (Gutierrez, Y.) (Entered: 03/04/2008) |
| 09/14/2008 | 72 | TRANSCRIPT of Proceedings as to Sonny I. Szeto held on February 7, 2007 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. Type of Hearing: Telephone Conference. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 10/5/2008. Redacted Transcript Deadline set for 10/15/2008. Release of Transcript Restriction set for 12/13/2008. (Fidanza, T.) (Entered: 09/14/2008) |
| 10/10/2008 | 73 | Letter requesting a default judgment received in New Haven on 10/6/08 by Sonny I. Szeto (Barrille, J.) (Entered: 10/16/2008) |
| 10/17/2008 | 74 | MANDATE of USCA dated 10/17/2008, Affirming. re 62 Notice of Appeal – Final Judgment as to Sonny I. Szeto (Torres, K.) (Entered: 10/22/2008) |

| 10/21/2008 | 75 | ORDER as to Sonny I. Szeto denying 73 Letter requesting a default judgment filed by Sonny I. Szeto. Signed by Judge Janet C. Hall on 10/20/08. (Gutierrez, Y.) (Entered: 10/23/2008) |
|---|---|---|
| 11/18/2008 | 76 | Letter requesting a default judgment Dated 10/29/2008 by Sonny I. Szeto (Torres, K.) (Entered: 11/20/2008) |
| 11/19/2008 | 77 | ORDER as to Sonny I. Szeto re 76 Letter filed by Sonny I. Szeto. The request for Default Judgment is again denied. There is no case pending in which a Default Judgment could enter. This was a criminal case which is closed. SO ORDERED by Judge Janet C. Hall on 11/19/2008. (Torres, K.) (Entered: 11/20/2008) |
| 12/22/2008 | 78 | Letter requesting a default judgment Dated 12/3/08 by Sonny I. Szeto received in New Haven on 12/08/08 (Gutierrez, Y.) (Entered: 12/22/2008) |
| 12/30/2008 | 79 | ORDER as to Sonny I. Szeto re 78 Letter requesting a default judgment Dated 12/3/08 by Sonny I. Szeto. The request for Default Judgment is again denied. There is no case pending in which a Default Judgment could enter. This was a criminal case which is closed. SO ORDERED by Judge Janet C. Hall on 12/29/2008. (DeRubeis, B.) (Entered: 12/30/2008) |
| 09/14/2009 | | Motion to Vacate Sentence/2255 as to Sonny I. Szeto: filed in Civil Case number 3:09−cv−1443 (JCH) (Garguilo, B) (Entered: 09/17/2009) |
| 08/10/2011 | 80 | MOTION for Return of Bond by David Szeto as to Sonny I. Szeto. (Oliver, T.) (Entered: 08/12/2011) |
| 08/15/2011 | 81 | ORDER granting 80 Motion for Return of Bond as to Sonny I. Szeto (1). SO ORDERED by Judge Janet C. Hall on 8/15/2011. (Hobbs, J.) (Entered: 08/15/2011) |
| 09/01/2011 | 82 | Instrument Returned as to Sonny I. Szeto. Real estate bond package Returned to David Szeto (Barrille, J.) (Entered: 09/01/2011) |
| 09/02/2011 | 83 | ATTORNEY APPEARANCE Christine L. Sciarrino appearing for USA (Sciarrino, Christine) (Entered: 09/02/2011) |
| 09/02/2011 | 84 | MOTION for Reconsideration re 81 Order on Motion for Miscellaneous Relief by USA as to Sonny I. Szeto. (Sciarrino, Christine) (Entered: 09/02/2011) |
| 09/07/2011 | 85 | ORDER granting 84 Motion for Reconsideration as to Sonny I. Szeto. Signed by Judge Janet C. Hall on 9/7/2011. (Oliver, T.) (Entered: 09/08/2011) |
| 09/08/2011 | 86 | Instrument Returned as to Sonny I. Szeto. Bond Package Returned to AUSA Christine Sciarrino (Barrille, J.) (Entered: 09/08/2011) |
| 10/03/2011 | 87 | Acknowledgment of Receiptof bond package by USA as to Sonny I. Szeto re 86 Instrument Returned (Barrille, J.) (Entered: 10/03/2011) |
| 11/03/2011 | 88 | Letter Requesting contact information of the Court personnel mentioned in the affidavit. Letter Dated 10/25/2011 by Sonny I. Szeto (Oliver, T.) (Entered: 11/04/2011) |
| 11/16/2011 | 89 | ORDER 88 Letter Requesting contact information of the Court personnel mentioned in the affidavit by Sonny I. Szeto. Treating as a Motion for Information, it is denied. SO ORDERED by Judge Janet C. Hall on 11/12/2011. (DeRubeis, B.) (Entered: 11/16/2011) |

| | | |
|---|---|---|
| 01/24/2013 | 90 | ORDER Returning Submission as Deficient: Motion Pursuant to Federal Rules of Civ. Procedure 60 (b); returned to Sonny I. Szeto<br>Signed by Judge Janet C. Hall on 1/24/13. (Torrenti, R.) (Entered: 01/25/2013) |
| 02/13/2013 | 91 | MOTION pursuant to federal rules of civ. procedure 60(b) by USA as to Sonny I. Szeto. (Corriette, M.) (Entered: 02/13/2013) |
| 02/19/2013 | 92 | ORDER TO SHOW CAUSE as to Sonny I. Szeto Show Cause Response due by 4/12/2013<br>Signed by Judge Janet C. Hall on 2/14/13. (Torday, B.) (Entered: 02/19/2013) |
| 04/12/2013 | 93 | Memorandum in Opposition by USA as to Sonny I. Szeto re 91 MOTION pursuant to federal rules of civ. procedure 60(b) (Sciarrino, Christine) (Entered: 04/12/2013) |
| 10/24/2013 | 94 | RULING denying 91 Motion for Relief From Judgment as to Sonny I. Szeto (1). Signed by Judge Janet C. Hall on 10/24/2013. (Lewis, D) (Entered: 10/24/2013) |
| 04/15/2019 | 95 | ATTORNEY APPEARANCE Lauren Caprio Clark appearing for USA (Clark, Lauren) (Entered: 04/15/2019) |
| 04/26/2019 | 96 | NOTICE OF E–FILED CALENDAR as to Sonny I. Szeto: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing re: Modification of Supervised Release set for 5/6/2019 12:00 PM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet C. Hall. (DeRubeis, B.) (Entered: 04/26/2019) |
| 04/26/2019 | 97 | ATTORNEY APPEARANCE: Carly Levenson appearing for Sonny I. Szeto (Levenson, Carly) (Entered: 04/26/2019) |
| 05/03/2019 | 98 | NOTICE *Memorandum re Proposed Conditions of Supervised Release* by Sonny I. Szeto re 96 Calendar Entry, (Levenson, Carly) (Entered: 05/03/2019) |
| 05/05/2019 | 99 | NOTICE *Supplemental Memorandum re Additional Authority* by Sonny I. Szeto re 98 Notice (Other) (Levenson, Carly) (Entered: 05/05/2019) |
| 05/06/2019 | 100 | Minute Entry for proceedings held before Judge Janet C. Hall:Hearing re Revocation of Supervised Release as to Sonny I. Szeto held on 5/6/2019. Conditions are added and modified as stated on the record; order modifying conditions to issue. Total Time: 1 hours and 20 minutes(Court Reporter Terri Fidanza.)(Lewis, D) (Entered: 05/07/2019) |
| 05/13/2019 | 101 | ORDER TO MODIFY and AMEND SPECIAL CONDITIONS OF THE TERM OF SUPERVISED RELEASE as to Sonny I. Szeto<br>Signed by Judge Janet C. Hall on 5/13/2019. (Lewis, D) (Entered: 05/13/2019) |
| 09/17/2019 | 102 | Probation form 12B Petition for Modification of Conditions of Supervision with Consent of the Offender as to Sonny I. Szeto Signed by Judge Janet C. Hall on 09/17/2019. (Rafferty, M.) (Entered: 09/17/2019) |
| 06/14/2021 | 103 | Probation form 12B Petition for Modification of Conditions of Supervision with Consent of the Offender as to Sonny I. Szeto Signed by Judge Janet C. Hall on 06/11/2021. (Rafferty, M.) (Entered: 06/14/2021) |